# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas P. Lowe, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 4:19-1257-RMG |
| ) | |
| vs. ) | |
| ) | |
| Andrew Saul, Commissioner of Social ) | |
| Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court on the Commissioner's Unopposed Motion for Remand. (Dkt. No. 12). This motion was made by the Commissioner after the submission of Plaintiff's brief. Plaintiff asserts that the Commissioner's decision denying him Social Security Act disability benefits is not supported by substantial evidence and contains errors of law. These include alleged inadequate assessment of Plaintiff's residual functional capacity and the opinions of Plaintiff's treating physicians. (Dkt. No. 11). On remand, the Administrative Law Judge is directed to address these issues in conducting a re-evaluation of Plaintiff's claim. The Court **reverses** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) and **remands** the matter to the agency for further proceedings consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

January ℃, 2020
Charleston, South Carolina