# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Thomas P. Lowe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Andrew Saul, Commissioner of Social Security | ) Civil Action No.: 4:19-1257-RMG |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This matter is remanded to the Commissioner for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, who granted Defendant's Motion to Remand.

Date: January 2, 2020

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance

*Signature of Clerk or Deputy Clerk*